EXHIBIT A

1. Letter from defendant's father; and
2. Email between defendant and his mother

EXHIBIT A

Sunday night

①

Kyle

(This will not be in letter form) I am just writing down what is going thru my head. I want you to stop and think back about 7 years ago when Ⓘ made a big misteak in life and went out on your Mother and you boy's. Now Stop Think back do you remember. Do you remember how it Hurt your Mother and you boy's. You are doing the same Thing to this Family right now. I was selfish and only Thinking of my self and I had a weak Mind at that time. Now you are be selfish and haveing a weak Mind. The Mind is a very power ful Thing and can be used to over come anything. Your Mother and I are breaking down Time and Time again your mother more so them me I am the man of house and I should be strong but when I see your mother crying it is hard. We both want you to be 8 year old again Kyle you are not only your mother's Son but also her Friend. What she love most and looked foward to is Talking to you While I took a Nap. Kyle she needs a her Son and Friend She is not doing good. Jamie took his TV back out of your room and put it down stairs I don't Think he want's to see us cry or just don't want to think about it he is also breaking down. Your mother don't have a lot of friends all she had was You. I beleave you are what keeps her going Talking about you and talking to you. We both are so proud of you and we both Talk about you alot we do it so much we have to be care ful not to over do it.

Sunday night
②

Do you know that you had a big part on the problem solveing in this family. What you have to say has a lot of meaning and carryies a lot of Value How can some body so smart be so stupid.

I know your at college and you are in your comfort zone at college being around people your own age in the same aira. The kid's at college have become your family and your faturnaty family. They say they understand and except it. But guess what you can not take your comfort zone and your college family with you out in the real world you will have to go at it alone. I know you will be able call to us and them. But that will not be the same as haveing some body thier personaly. The real world will not except you at least not in Michigan and the Sarounding states. I bet there is only a few in the USA and I bet they are not werth teaching at.

We talk. about religion at Sunday dinner Jaime said God made Adam and Eve not Adam and Adam. I say you must be a hipacrit You don't precktice what you Preach or Teach or you must be a fake. Ma saids that he know's that it is wrong why is he doing this.

Sunday night
③

Kyle why don't you just leave the colset that you opem at College. Just close the door to the colset when you leave College and come home and be the Kyle that we All know and love

I miss my little hunting boddy I mis him so much I have to much alone time sitting in my Tree stan alone time is not good right now. I am leaveing Thurday to go hunting and come back on Friday nigh to get Jamie and then going back up hunting Doug said it whould be nice if Kyle whould stop by deer camp. like last year.

I hope Ma will be all right by her self.?

I don't Think you are looking at the big Picture. you have little kid's in the family that look up to you like a big strong tall Oak Tree They whould like to have you for a Mitor. Being what you say you are I don't think you can be anybody Mitor. and I don't think anybody whould want you to be the kid's Mitor. Even as a Teacher if the parent's know. They are not going to want you as a teacher and Mitor. I know I would not let sombody like that teach my boy's I whould not be so much afraid of him touching by boy's But teaching them his way's of li

④

## Suicide

I don't think there is a person in the world who hasn't thaut about doing uicide. I have many times. There again hat is a weak mind at work again.

I am at work Sunday night writeing his letter. Hiding out in the boiler room o be alone while I write this because I in't keep the tears from rolling down my face

I only wanted the best for you boy's
I wanted you to have it better than I did
Maybe I made life to easy for you

Ma said at Sunday dinner this is one thing Kyle will never have is a family
That means no Grand Kid's which she was looking foward to. And no Grand Kids to Careing on th Ritsema name.

Kyle I am your dad and I will always be your dad until I am 90 years old or dead and gone
I will always love you as a son
Dad

don't think I wrote y thing this long sents hool. maybe not even then
(26 year ago)

## WOW

College! what a place for the Devil to do his works. When the young boy's and girls leave the security of there Parents. to start there first steps of being on there own. When the kids are worn down burnt out, out of money food and the Sleep less night trying to make grade's by studyen and let us not forget the Party's at All the Houses. That is All easy Prey for the Devil. He will find a weaknes in every body. Kyle the Devil worn you down he found your weakness and your ~~beresve~~ beleif in God was not stroung ~~enough~~ enough to fignt him off. The story that you read to us on Sunday was the Devil working thrue that boy to get to you. He already has him and know he want's you. All the people that are trying to help you is the Devil working thru them to get to you and when he has ~~you~~ He will use you to spread the Devil way's. Just <u>stop</u> and think about it for minute. NO realy Stop have a <u>open</u> mind and Think about it. Now just Think if you were able to get out of the grasp of the Devil arm's, And Back into the Arm's of The Lord.

## WOW

Now That would be something to preach about and teach about you could help so many others and by doing That we could help & Stop Satom from Takeing over the world

Monday
⑥

Kyle

I just read your e-mails and that lady is right We are Morning over the loss of you

If you need help we will get the Best that Money Can Buy.

Doug talks about you and your Trophy deer all the time. He call's you the gentle giant because you pulled the big deer out all by your self. Doug saids your strang as a ox but would not hart a flea. Both Doug and Todd idlelize you and hope there kids turn out as good as you and Jamie. Everybody has you so high up on a perch that you would need binoculars to see you. You <u>earned</u> every bit of that perch. But I am afraid that the perch will fade away and go down insted of up.

I thought you whould have been a grate Mintor and leader for kid's to look up to and follow your foot step's. I don't see that happening any more

Happy Birthday
Love Dad