EXHIBIT B

Letters:

1. Alysha Ruthven;
2. Michelle Eustice;
3. Cindy Ritsema;
4. Karen and Richard Chamarro;
5. Rhonda Dirette;
6. James and Sonja Maynard; and
7. Arlyn Ritsema

EXHIBIT B

Alysha Ruthven
4561 88th Avenue
Zeeland, MI 49464

July 22nd, 2018

The Honorable Mary Stenson Scriven
801 North Florida Avenue
Tampa, FL 33602

Re:   United States v. Kyle Ritsema
      8:18-cr-00068

Dear Judge Scriven:

My name is Alysha Ruthven, I am Kyle's cousin. His mom and my dad are siblings. I am a 2013 graduate of Zeeland West High School. I was married the year after I graduated and my husband and I live reside in Zeeland. We have a daughter named Brynlee and she is turning one next month. My husband owns a local motorsports shop and I work part time as an orthodontic assistant.

Kyle and I have always been pretty close even though distance has kept us apart. We have known each other ever since I was born 23 years ago. He's been like a big brother to me. Every time he makes it back home, he reaches out to me to grab lunch or dinner just to catch up because that's Kyle.

The Ritsema family has always been involved in the community. His mom is a bus driver for Zeeland Public Schools and his dad was also a bus driver for the same district for many years as well. I used to occasionally ride with my aunt during her route. It was always so fun to watch her interact with the kids. She loves her job and loves those kids like they are her own. Kyle was the strongest academic kid in our family receiving many college scholarships. He also loves to sing and he is SO good at it. When my grandfather died 3 years ago, it was his wish for Kyle to sing "Amazing Grace" at his funeral and Kyle did just that. He loved our Grandpa. One of the most recent interactions that I had with Kyle was when he contacted me this past fall because his boss's father had passed away. He wanted me to make a "t-shirt pillow" for her. I make these pillows for families who have lost loved ones. Kyle mailed me not only one but two shirts to make for her, one for her and one for her mother. That's the type of person Kyle is, thoughtful, caring and a loving individual.

Each time I spoke with Kyle we would talk about his job. I still remember the time we sat in the Russ' restaurant in downtown Holland and he told me he was being interviewed for a new position at a brand new school. He was so excited. The job fit him so perfectly. Kyle loved his job and loved the people he was surrounded by in his community.

Thank you Judge Scriven for reviewing my letter. I pray you can get to know Kyle more through these letters as he is a wonderful and thoughtful man.

Sincerely,

Alysha Ruthven
Alysha Ruthven

Michelle Eustice
4879 132nd Avenue
Hamilton, MI 49419

June 12, 2018

The Honorable Mary Stenson Scriven
801 North Florida Avenue
Tampa, FL 33602

RE: United States v. Kyle Ritsema
8:18-cr-00068

Dear Judge Scriven:

I would like to take this opportunity to introduce myself, I am Michelle Eustice, the mother of three children and wife of Rick Eustice. I am Kyle Ritsema's aunt. I have known Kyle his entire life. I have watched Kyle grow from an infant, to a boy, to a teenager and on to an adult.

I have always been proud of the dedication Kyle has shown to his family, community and any activity he has been involved in. Including drama club, the swim team, youth group, choir, and many other student activities. When he went to college he continued to be involved in drama, choir, and the swim team. Kyle has always been very well liked, he was part of a group in grade school called "the circle of friends" where a group of kids were picked to befriend kids that have the potential to be bullied. That group continues today.

Kyle is the only grandchild to go on to college in our family so far. He moved to a different state to live on his own and developed many friendships. He continued his education to obtain his Masters in Education. He quickly moved from teacher, to principal and was even scouted out to be part of building Cypress Creek Middle school in Pasco County. He helped develop the mascot, the curriculum and direction of the school.

Kyle has been a dedicated son, grandson, nephew, and friend. People who come in contact with Kyle have always had the utmost respect for him and the achievements he has accomplished. He has always involved himself in activities that grow him, personally and professionally.

In closing, I am very proud of the man Kyle has grown to be. He is always dedicated, kind and compassionate toward his family, friends, coworkers and even people he may not know.

Sincerely,

*Michelle Eustice*

Michelle Eustice

**Subject:** Character Letter
**Date:** Monday, September 3, 2018 at 8:16:41 PM Eastern Daylight Time
**From:** Cindy Ritsema
**To:** Bjorn Brunvand

Cindy Ritsema
10467 Perry St.
Zeeland, Mi 49464

September 3, 2018

The Honorable Mary Stinson Scriven
801 North Florida Avenue
Tampa, FL 33602

Re:   United States v. Kyle Ritsema
      8:18-cr-00068

Dear Honorable Judge Scriven:

   My name is Cindy Ritsema, I'm 60 yrs old, live in Zeeland Michigan my whole life. I'm married to Arlyn Ritsema for 39 yrs, and I'm Kyles mother. I have one other son who is 2 yrs older then Kyle. I work for Zeeland Public Schools for 20yrs as a Bus Driver. Before that I worked at our local bank for 10+yrs. Before that I was a stay at home mother.

   Kyle is my son and he is the ( so called my baby) youngest of my two boys. We've lived in the same community all his life and the same home from the time he was 5yrs old.

   Kyle has always been an awesome, outstanding, thoughtful, loving, caring, selfless, sensitive young man.
Back in elementary he noticed a girl in class and the play ground that didn't have any friends so he made a point to friend her ( then he was bullied because if it ) his PE Teacher took notice and thought of starting a group called Circle of Friends. She asked Kyle if he would join knowing he would be the ONLY boy and of course he excepted . The teacher asked if there were any other boys that would join and one other excepted. They are still friends today even though they live thousands of miles apart.
   He's 3rd teacher also told us he was an outstanding individual and would become someone very special some day, that we should be very proud, which of course we are very very proud. He has accomplished so much in his young life more then anyone from both sides of our family. He's the first of both families to attend college and to get a masters degree. When he was in college he worked as in RA, hall director, he worked helping new residents visiting like a tour guide. He has always put others before himself, very very helpful and friendly. He's done a lot of traveling and is very interested in his heritage. He also did a internship in India one semester of college.
   After moving to Florida for his teaching job he would come home as often as possible and when he was here he made sure to go see all family and friends he could. He would also check in on my parents in Florida when they went down for the winter months and lately he would drive his other grandma down and help her get her place opened ( in Florida ). He would often check in on her and would help her with groceries and errands. He would go with her to her parks potlucks, she really enjoyed his company. Before driving her down he would pick her up at the airport and take her grocery shopping and put them all away for her. And then if she needed to go to town he would help her with that.

   When Kyle moved to Florida for his teaching job he rented for one year then he purchased a condo. He has had to paid for his own schooling because we were unable to help him with that. He has been a huge responsible individual

here at home and in Florida. He has always paid all his debts by himself. He has lots of family and friends that look up to him because if who he is and what he has accomplished. Thank you for your service and time reading this letter.

*Cindy Ritsema*
Mrs Cindy Ritsema




Sent from my iPad

**Subject:** United States v Kyle Ritsema
**Date:** Monday, July 23, 2018 at 1:17:05 PM Eastern Daylight Time
**From:** Richard Chamarro
**To:** Bjorn Brunvand

Dear Judge Scriven

My name is Karen Chamarro of Lake Orion, Michigan. I have lived in Lake Orion about fifty years. I am married to Richard Chamarro for 49 years. We meet in school. I am retired from St. Joseph Mercy Hospital of Pontiac, Mi. My husband is retired from General Motors being a tool maker for 35 yrs. We have two children and 3 grandchildren.

I have been asked to write this letter on behalf of Kyle. We have know him at least 22 years. We meet the Ritsema family at our summer place in Mears, Michigan. We have become good friends with his mother and dad also his grandmother Donna. Kyle moved to Florida about 12 years ago. At that time we started going to Florida for three months in the winter. Kyle had a condo just 2 miles from where we stayed. He would come visit us from time to time. He took us to the school where he was teaching at the time. He was very proud of his teaching skills. Working with the kids was a joy to him. He always very fun to be around. Talked about the kids, his family and friends. His goal one day was to be a principle . He worked very hard at his job. And enjoyed it very much.

His grandmother bought a place in Florida in the same park the we stay in. Kyle would fly to Michigan to drive his grandmother to Florida so she didn't have to do it alone. He would take her grocery shopping and then help her take it all in side. He would go visit her on Sundays and we would get to visit him also.

We have found Kyle to be a very loving and kind person. He liked to travel and would share that with us. We know his parents Cindy and Aryln very well. we are listening to them at this very trying time. We hope and pray that one day this will be resolved for the family.

Sincerely,

Karen and Richard Chamarro

rchamarro@aol.com

Letter of Character for

Kyle Dale Ritsema

Your Honor,

My name is Rhonda Dirette, I have known Kyle for 35+ years. I met his mother Cindy Ritsema in the 6th grade when we were 11. Her and I have been friends ever since. When Cindy started to date Arlyn Ritsema (Kyle's dad) I and my boyfriend went on double dates so I've known Arlyn for 42 years.  When we got married and started to have children, we had our first 2 children within a few months of each other. They had their son Jamie first and then Kyle came along less than 2 years later. I had a son first then a daughter the same time Kyle was born. The kids all grew up together. Our families camped together, bowled, went to the park and spent a lot of time at each others homes for family/friend days. Saying all of this I knew Kyle like my own son, I just did not give birth to him.  Kyle spent many nights at our house as our daughter spent many nights at the Ritsema's. We are all very close friends still to this day.

Kyle has always been a great inspiration to all of us and everyone that knows him. Kyle was an excellent student and a great role model to others in his life. He always studied hard and got excellent grades. He was always on the honor roll, even the dean's list in college. He excelled in the sports he did and the plays he was in. Kyle has an overall great personality, sense of humor and loving heart. He was always egger to help others no matter the how big of a commitment it was. From school work to swimming, to acting or singing, he was willing to help everyone learn. Kyle studied aboard in College and went on many tours with his College choir.  He is a very adventurist person, loves challenges and  traveling the world. Kyle is always been an  over achiever at everything he does.

Kyle is a respected person in his community and in his home town of Zeeland Michigan. He has a lot of friends that he has inspired in the last 35 years of his life. He has lived his life doing good things for others. Kyle has helped people learn, act, swim, sing and motivated them to do their best. He has a one of a kind contagious personality that is loved by everyone he meets. Kyle is always smiling, laughing and spreading his great personality to others.  Kyle shows a positive attitude every day of his life. He'll never let people down with his love and tender heart. Kyle is definitely a person who has a sincere love towards others. I can't say enough how much Kyle has spread his positive, loving attitude and contagious personality to everyone he meets. I love Kyle for the wonderful person he is and always will be.

Sincerely, Rhonda Dirette

48 East Cherry Court

Zeeland, Mi. 49464

James and Sonja Maynard

9301 7 Mile Rd

Hesperia MI 49421

July 13, 2018

The Honorable Mary Stenson Scriven

801 North Florida Avenue

Tampa, FL 33602

Re: United States v. Kyle Ritsema

    8:18-cr-000068

Dear Judge Scriven:

My name is Sonja Maynard; my husband and I were asked to write a letter on behalf of Kyle Ritsema discussing our relationship with him and his family.

A little background about us: Sonja is a mortgage loan officer and has been in the lending field for over 25 years. James is a maintenance worker who is been in his position for 29 years. We live in the community where we grew up; we have raised 2 children and have 3 grandsons.

We have thought long and hard about what we would say about Kyle and his family. The friendship we have with the Ritsema family is very special to us.

The charges that have been brought against Kyle shocked and stunned us as this is not the Kyle we know and care about. We have listened; sympathized; counseled; and supported Arlyn and Cindy thru this incredibly trying time and will continue to do so for as long as this process takes.

We first met the Ritsema family when we purchased a seasonal lot at Sandy Shores Campground in Mears MI. They are in the campsite right next to us. Arlyn and James hit it off right from the start; the other campers refer to them as "brothers from other mothers". Over the 10 years we have been in the campground we have become great friends. We have been on two vacations together; one in Mexico and one in Alaska and are still great friends! We spend almost every week end together from May 1st thru September 30th.

We met Kyle when he would come to visit in the summers; he is the same age as our son and both are in the teaching profession. We became fond of Kyle over the years and have spent many an evening on the decks or around the campfire sharing stories, jokes and just talking about life. The pride Kyle has in teaching career helping students and fellow teachers is very obvious. He was very focused on working his way up to a vice principal or principal position. Kyle has a great sense of humor and his laugh is contagious; we enjoyed our time with him! We kept up with Kyle thru Facebook and thru Arlyn and Cindy sharing with us his travel adventures and with his job changes. The Kyle we know is kind, compassionate; caring; career orientated; well-spoken and charming. We believe he would step up and help anyone in need without hesitation.

I hope this letter help you see Kyle as a person beyond the charges that have been brought against him.

Sincerely,

*James and Sonja Maynard*
James and Sonja Maynard

Monday, August 5, 2019 at 2:24:25 PM Eastern Daylight Time

**Subject:** Character Letter
**Date:** Sunday, September 9, 2018 at 4:59:36 PM Eastern Daylight Time
**From:** Cindy Ritsema
**To:** Bjorn Brunvand

Arlyn Ritsema
10467 Perry St
Zeeland, MI 49464


September 9, 2018

The Honorable Mary Stinson Scriven
801 North Florida Avenue
Tampa, FL 33602

Re:  United States v. Kyle Ritsema


Dear Honorable Judge Scriven

My name is Arlyn Ritsema, I'm the proud father of Kyle Ritsema. I've been married to Cindy Ritsema for 39yrs. I also have a son who is married and has 4 children. I worked at Hart n Cooley for 30yrs and while working there I had a 2nd job, one was driving semi, the other was school bus for 18yrs. Hart n Cooley shut down and now I've been driving semi for the past 11yrs. Born and raised in Zeeland Michigan. Lived and worked there my whole life.


Kyle is my loving son. I've enjoyed raising Kyle, he's always been loving, caring, thoughtful, person. We've lived in the same home for the past 30yrs. All the years Kyle was in school, elementary to college, all his teachers and professors enjoyed having Kyle in their classroom, even to this day he keeps in contact with them. Kyle was always chosen to be involved with special things like, circle of friends, to be in the elite choir's, to go to India to teach for a semester, and his last job he was hand picked, because of his high qualifications and who he is. The reason I feel for that is because everyone loves being around him because he is so thoughtful, caring, and always willing to help others before himself. Last year during the hurricane, he worked in the shelter helping the elderly and others that were displaced, helping the ones in wheelchairs and stretchers in and out of the buses. It wasn't very organized and he took charge to get the elderly out of the heat and into shelter.
 When he would come home on vacation he always made sure to go visit as many of his friends and family. Lots of family and friends tell us they would love Kyle as their own son. Kyle has always had a strong work ethic, hw worked when he was in high school and in college and paid his own way though college. When he got his teaching job he would work other jobs and get his masters degree. He has always told me he was going to take care of his mom and dad when we got older.

I'm very proud of how Kyle carries himself in the community, he's very professional and caring and thoughtful with everyone. He's in outstanding young man, we all have respect for. He's been looked up to and idolized from friends and family, just from what he has accomplished. He's a great asset to the our world, he very environmentally conscious and a great asset to our Society, he see's no race or color only humans.


*Arlyn Ritsema*
**Arlyn Ritsema**

Sent from my iPad

Page 1 of 1